IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JAI DEVON LEE,  *

         Plaintiff,  *

v.  Case No. 7:23-CV-134 (WLS-TQL)

         *

UNITED STATES MARSHAL SERVICE,

         *

         Defendant.

         *

## **J U D G M E N T**

Pursuant to this Court's Order dated April 17, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 17th day of April, 2024.

                                              David W. Bunt, Clerk

                                              s/ Kathleen S. Logsdon, Deputy Clerk